UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08 mj 2537 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Jon Ralph Lara Dibble | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Guadalupe Garcia-Tolento

DATED: Aug. 26, 2008

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____  
Deputy Clerk  
K. HAMMERLY

CLERK'S OFFICE COPY  
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082