AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JON RALPH DIBBLE<br>aka Jon Ralph Lara Dibble | CASE NUMBER: _08 CR 2940 - DMS_ |

I, JON RALPH DIBBLE, aka Jon Ralph Lara Dibble, the above-named defendant, who is accused of

committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8,
United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court

on ___9/2/08___ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

_Jon Lara Debbl_
Defendant

_____
Defense Counsel

Before _Barbry L Major_
Judicial Officer

**FILED**

SEP - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB)                    DEPUTY